Order issued January 15, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01723-CV

## IN RE MARK D. PACKER, Relator

Original Proceeding from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-06711-C

# ORDER

Before Justices O'Neill, Francis, and Murphy

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator bear the costs of this original proceeding.

MICHAEL J. O'NEILL
JUSTICE